EDWIN WHITE *vs*. FOSTER L. BALCH.

October 30, 1877.

**Evidence—When Amendment to Complaint Must be Set Forth in the Record on Appeal.—**An objection to evidence offered by plaintiff, on the ground that the complaint as amended on the trial does not state a cause of action, will not be considered by this court where the amendment made on the trial is not set forth in the record.

This was an action for breach of contract tried in the district court for Hennepin county, by *Vanderburgh*, J., and a jury. The defendant objected to the admission of any evidence for the plaintiff, upon the ground that the complaint did not state a cause of action. Thereupon the court permitted the complaint to be amended and the evidence to be then admitted. The defendant excepted to the admission of the evidence, and a verdict having been rendered for the plaintiff, and a motion for a new trial denied, he appealed to this court.

*Geo. R. Robinson*, for respondent.

*N. T. Hauser*, for appellant.

GILFILLAN, C. J.    The objection to the evidence offered by plaintiff, on the ground that the complaint as amended does not state a cause of action, cannot be considered, because the amendment which was made on the trial is not set out in the record, so that we can see what the amended complaint was.

Upon the issues of performance by plaintiff of the contract on his part until it was terminated by defendant, of plaintiff's readiness to continue such performance until the contract might be terminated as provided by its terms, of abandonment of it by defendant, and of his justification for such abandonment, and as to the damages to be allowed, the evidence was of such a character that the verdict of the jury must be final.

Order affirmed.